ERNA G. BRENNER, Appellant, v. BRENNER FARMS, INC., et al., Respondents.— Derivative stockholder's action, based on alleged acts of waste. Judgment in favor of defendants unanimously affirmed, with costs. No opinion. Present — Close, P. J., Hagarty, Carswell, Adel and Aldrich, JJ.

ANNA CARTER, Respondent, v. FANIA R. SCHAFFRAN, Appellant.— Plaintiff, a part-time domestic in the employ of the defendant, while ascending a flight of stairs in defendant's home fell and was injured by reason of a broken step, of which the defendant had notice and had promised to repair. Appeal by defendant from a judgment in the sum of $1,500, entered on a verdict of a jury in favor of the plaintiff. Judgment unanimously affirmed, with costs. No opinion. Present — Close, P. J., Hagarty, Carswell, Adel and Aldrich, JJ.

TEE KA CHAY, Appellant-Respondent, v. LAMPORT COMPANY, INC., et al., Respondents-Appellants.— In an action for an accounting of the sale of merchandise allegedly turned over to defendants, as security, for the purpose of selling on account of an indebtedness by plaintiff to the corporate defendants, plaintiff and defendants appeal from respective orders denying their motions for summary judgment. On appeal by plaintiff, order, insofar as appealed from affirmed, without costs. No opinion. On appeal by defendants order affirmed, without costs. No opinion. Close, P. J., Hagarty, Carswell, Adel and Aldrich, JJ., concur.

LILLIAN COHEN, Respondent, v. CORNELL CONTRACTING CORPORATION, Appellant, et al., Defendants.— Action to recover damages for injury to plaintiff's real property during the construction of a city subway in the borough of Brooklyn by appellant. Order denying appellant's motion to dismiss the complaint because of plaintiff's alleged unreasonable neglect to prosecute the action affirmed, without costs. No opinion. Close, P. J., Hagarty, Carswell, Adel and Aldrich, JJ., concur. [See *post*, p. 755.]

EDWARD D. CONOLLY, Appellant, v. WESTCHESTER ELECTRIC RAILROAD COMPANY, Respondent.— Action to recover damages for personal injuries sustained by plaintiff when he tripped on defendant's car track while crossing Drake Avenue in the city of New Rochelle. Judgment in favor of defendant, entered on the verdict of a jury, unanimously affirmed, without costs. No opinion. Present — Close, P. J., Hagarty, Johnston, Lewis and Aldrich, JJ.

GEORGE DALLAS, Respondent, v. LOUISE LAHL et al., Appellants.— Action to recover damages for personal injuries. Defendants appeal from a judgment entered on a jury's verdict in favor of the plaintiff. Judgment reversed on the law and a new trial granted, with costs to abide the event. Reversible error was committed by allowing, on rebuttal, evidence of conversations alleged to have been had by the plaintiff and the plaintiff's witness Kamin with defendants' witness Tifverman, which evidence impeached the direct testimony given by Tifverman. No foundation was laid for the reception of such testimony. Its reception was prejudicial and requires reversal and a new trial. (*Loughlin* v. *Brassil*, 187 N. Y. 128; *Hanlon* v. *Ehrich*, 178 N. Y. 474; Richardson on Evidence [6th ed.], § 580.) The court has considered the questions of fact and has determined that it would not grant a new trial upon those questions were it not for the error alluded to. Close, P. J., Hagarty, Johnston, Lewis and Aldrich, JJ., concur.

MARGHERITA FELLO, Respondent, v. JOSEPH FELLO, Appellant.— Order of the Domestic Relations Court of the City of New York (Family Court), County of Kings, directing the appellant to pay the sum of seven dollars a week for his wife's support, unanimously affirmed. No opinion. Present — Carswell, Acting P. J., Johnston, Adel, Lewis and Aldrich, JJ.